# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **BRANDY CHASE,** | : | |
| | : | Case No. 1:21-cv-26 |
| **Plaintiff,** | : | |
| | : | **JUDGE JAMES S. GWIN** |
| v. | : | |
| | : | **JUDGMENT** |
| **THE H.O.P.E. NETWORK, INC.,** | : | |
| | : | |
| **Defendant,** | : | |

The Court approved the Joint Stipulated Dismissal on August, 6, 2021.  Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**


Dated: August 6, 2021            *s/    James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE